# Third District Court of Appeal

## State of Florida

Opinion filed January 12, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-777
Lower Tribunal No. 20-12986
_____

**Kingdom of Sweden,**
Appellant,

vs.

**Kawa Saeed Foad,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Allison L. Friedman, P.A., and Allison L. Friedman, for appellant.

Kawa Saeed Foad, in proper person.

Before EMAS, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed. <u>Danford v. City of Rockledge</u>, 387 So. 2d 968, 969–70 (Fla. 5th DCA 1980) ("[A]n affirmative defense . . . should not be raised by a motion for summary judgment prior to raising such defense in an answer. However, this is a procedural matter that can be waived. It must be timely raised before the trial court in order to give the trial court the opportunity to correct itself. It may not be raised for the first time on appeal.") (citations omitted); <u>Pensacola Beach Pier, Inc. v. King</u>, 66 So. 3d 321, 326 (Fla. 1st DCA 2011) ("[Where] Appellants never made [an] argument below, either in response to Appellees' summary judgment motions and supporting legal memoranda, or in a motion for rehearing . . . . [I]t [is] not preserved."); <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150, 1152 (Fla. 1979) (finding that absent a transcript, an appellate court cannot conclude that the trial court's judgment was unsupported by the evidence or so misconceived a controlling principle of law as to require reversal).